

FROM:

JUAN GUILLERMO DE JESUS-SOSA
Reg. No. 35175-054
Moshannon Valley Correctional Center
555-I GEO Drive - UNIT D03
Philipsburg, PA 16866

TO:

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McAllen Division
P.O. Box 5059
McAllen, Texas 78502

CLERK U.S. DISTRICT COURT
RECEIVED
DEC 2 6 2018